**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PEDRO W. PAULINO, | |
| Plaintiff, | CIVIL ACTION NO. 1:21-CV-00048 |
| v. | (MEHALCHICK, M.J.) |
| FEDEX SUPPLY CHAIN, | |
| Defendant. | |

## ORDER

**AND NOW**, this 15th day of June, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby ORDERED that, having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within **30 days** from the date of this Order, on or before **July 15, 2021**.

Dated: June 15, 2021

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States Magistrate Judge**